### JACKSON, *ex dem.* Farmers' Turnpike Co. *against* STILES, Wild, tenant.

A. L. JORDAN, for the tenant, moved for leave to enter into the consent rule specially, on his affidavit, " that he, this deponent, claims as tenant in common; and that he is advised by counsel, and believes, that he is tenant in common with the lessors of the plaintiff."

He cited *Jackson v. Stiles*, (2 *Cowen*, 585.)

An affidavit that the tenant " claims as tenant in common with the lessors of the plaintiff; and that, as he is advised by counsel, and believes, he is tenant in common" with them, is sufficient to entitle him to enter into the consent rule specially.

ALBANY,
Oct. 1826.

Ex parte
Bacon.

*W. Fraser*, contra, objected, among other things, that the affidavit was too loose and general.

*Curia.* We think it is sufficient. The form agrees with that required in the case cited.

Motion granted.